In re Application of Fletcher.

[Cite as *In re Application of Fletcher* (1998), 82 Ohio St.3d 191.]

(No. 98-44—Submitted March 4, 1998—Decided June 17, 1998.)

*W. Breck Weigel,* for the Cincinnati Bar Association.

***Per Curiam.*** We adopt the findings and recommendation of the board. Applicant is not approved for admission to the practice of law in Ohio at this time. However, applicant may apply again after two years from the date of the order issued in this matter, at which time he shall explain, for the board's review, his failure to pursue the present application.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.